**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)**

ANN BRANCH, et al.,                          *

                **Plaintiffs,**            *          **Case No. 8:11-cv-03712-PWG**

    **v.**                                    *

BANK OF AMERICA, N.A.,            *

              **Defendant.**            *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**DEFENDANT'S REPLY IN SUPPORT OF ITS MOTION FOR SANCTIONS OR,
IN THE ALTERNATIVE, TO COMPEL DISCOVERY RESPONSES AND
EXTEND DEFENDANT'S DEADLINE TO FILE DISPOSITIVE MOTIONS**

        Defendant Bank of America, N.A.("BANA" or "Defendant"), by and through undersigned counsel, hereby submits its Reply in Support of its Motion for Sanctions or, in the Alternative, to Compel Discovery Responses and Extend Defendant's Deadline to File Dispositive Motions (the "Motion"), and states as follows:

**I.      LEGAL ARGUMENT**

**A.    THE COURT SHOULD HOLD THAT PLAINTIFFS ARE PRECLUDED
FROM PRESENTING EVIDENCE TO SUPPORT THEIR CLAIMS.**

        Plaintiffs' opposition (the "Opposition") to Defendant's Motion merely regurgitates verbatim the arguments asserted by Plaintiffs in their opposition to Defendant's Motion for Summary Judgment, filed as Docket Number 26 in the above-captioned action.  Defendant has addressed all of the arguments raised in the Opposition, and the justification for precluding Plaintiffs from presenting evidence to support their claims, in its Reply in support of its Motion for Summary Judgment, which is being filed contemporaneously with this Reply.  To avoid unnecessary duplication, Defendant

incorporates herein by reference the arguments set forth in the Reply in support of its Motion for Summary Judgment and respectfully requests that the Court preclude Plaintiffs from presenting evidence to support their claims under Federal Rules 37(b)(2)(A)(ii) and 37(d)(1) and (3).

**B.     IN THE ALTERNATIVE, THE COURT SHOULD COMPEL PLAINTIFFS TO RESPOND TO DISCOVERY AND EXTEND DEFENDANT'S DEADLINE TO FILE DISPOSITIVE MOTIONS.**

In the alternative, Federal Rule 37(a) provides that "a party may move for an order compelling disclosure or discovery."  "The moving party must certify in the motion that it has conferred, or attempted to confer, in good faith with opposing counsel in an effort to obtain the desired material without court involvement."  *Clark v. Unum Life Ins. Co. of Am.*, 799 F. Supp. 2d 527, 535 (D. Md. 2011) (citing Fed. R. Civ. P. 37(a)(1)). "District courts enjoy substantial discretion in managing discovery, including granting or denying motions to compel."  *See Id*. (citing *Lone Star Steakhouse & Saloon, Inc. v. Alpha of Virginia, Inc*., 43 F.3d 922, 929 (4th Cir. 1995)).  Furthermore, as to the time for filing dispositive motions, Federal Rule 6(b)(1) grants the Court wide discretion and latitude in managing its docket, and provides that, "when an act may or must be done within a specified time, the court may, *for good cause*, extend the time . . . (A)  with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires[.]" Fed. R. Civ. P. 6(b)(1) (emphasis added).

Plaintiffs' responses to Defendant's first set of interrogatories and request for production of documents (the "Discovery") was due on December 11, 2012.  However, Plaintiffs, without plausible justification, submitted Plaintiff Ann Branch's responses to the Discovery to Defendant on January 17, 2013, three days after the deadline for

discovery and dispositive motions had expired.  Furthermore, although Plaintiff Paul Branch's alleged failure to sign the deed of trust at issue is the very heart of Plaintiffs' Complaint, Plaintiff Paul Branch still has not responded to the Discovery.  To that end, Plaintiffs continue to be in violation of Federal Rules 33(b)(2) and 34(b)(2).

For the reasons stated more fully in Defendant's original Motion for Sanctions, and in the Reply in support of Defendant's Motion for Summary judgment, any sanction less than preclusion of Plaintiffs' untimely disclosed evidence will severely prejudice Defendant, particularly where the discovery and dispositive motions deadline has long since passed and Defendant has filed a motion for summary judgment without having received timely discovery responses from Plaintiff Ann Branch, and no discovery responses at all from Plaintiff Paul Branch.  However, in the event the Court does not grant summary judgment in favor of Defendant, Defendant respectfully requests that the Court exercise its authority under Fed. R. Civ. P. 6(b)(1) and Federal Rule 37(a) and grant the appropriate relief to Defendant.

## II.    CONCLUSION

WHEREFORE, pursuant to Fed. R. Civ. P. 6(b)(1) and Fed. R. Civ. P. 37(a), Defendant Bank of America, N.A., respectfully requests that the Court enter an Order:

A.    Prohibiting Plaintiffs from supporting any claims covered by the Discovery, or from introducing evidence at trial in support thereof, striking all portions of Plaintiffs' Complaint covered by the Discovery, and granting any other relief provided in Federal Rule 37(b)(2)(A)(i) through (vi) due to Plaintiffs' complete failure of discovery;

B.    In the alternative, compelling Plaintiffs' satisfactory responses to the Discovery within ten (10) days of the order, and granting Defendant an additional

fourteen (14) days after the date upon which Plaintiffs satisfactorily respond to the Discovery to file a substantive dispositive motion; and

C.      Any other relief that this Court deems appropriate under the circumstances.


Dated: February 25, 2013                    Respectfully submitted,


                                            /s/
                                            _____
                                            Craig R. Haughton (Bar No. 28585)
                                            **McGuireWoods LLP**
                                            7 Saint Paul Street, Suite 1000
                                            Baltimore, Maryland 21202
                                            (410) 659-4400
                                            (410) 659-4472 (Fax)
                                            chaughton@mcguirewoods.com

                                            *Attorney for Defendant*
                                            *Bank of America, N.A.*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 25, 2013, a copy of the foregoing Defendant's Reply in Support of its Motion for Sanctions or, in the Alternative, to Compel Discovery Responses and Extend Defendant's Deadline to File Dispositive Motions was filed and served via the Court's CM/ECF filing system on the following:

                    William C. Johnson, Jr.
                    **Law Offices of William C. Johnson, Jr.**
                    1229 15th Street, NW
                    Washington, D.C. 20005
                    *Counsel for Plaintiffs*


                                            /s/
                                            _____
                                            Craig R. Haughton